```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/08/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
HELEN SWARTZ, Individually,

                              Plaintiff,                              **22-CV-3904 (PAE) (KHP)**

       -against-

                                                                           **ORDER ADJOURNING INITIAL**
305-309 W. 48TH LLC,                                        **CASE MANAGEMENT**
a New York Limited Liability Company,                     **CONFERENCE**

                                Defendant.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of the Notice of Voluntary Dismissal filed on June 7, 2022 (doc. no 8) the Initial Case Management Conference currently scheduled for **August 11, 2022** is hereby adjourned *sine die*.

       **SO ORDERED.**

DATED:     New York, New York
                June 8, 2022

                                                          _____
                                                           KATHARINE H. PARKER
                                                           United States Magistrate Judge